470 A.2d 1029

Commonwealth v. Hockenberry, Appellant.

Submitted No-

vember 7, 1983. Steven V. Manbeck, for appellant; Michael Johnston, District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Judgment of sentence vacated and remanded for resentencing. Jurisdiction is relinquished.